# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| C.G.B., *et al.*,<br><br>　　　　　　*Petitioners*,<br><br>　　v.<br><br>CHAD WOLF, *et al.*,<br><br>　　　　　　*Respondents*. | Case No. 1:20-CV-01072-CRC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, through undersigned counsel, hereby stipulate to its dismissal, with each side to bear its own costs. A proposed order is attached.

Dated: January 5, 2021

Respectfully submitted,

*/s/ Matthew E. Kelley*
Matthew E. Kelley (Bar No. 1018126)

Gregory P. Copeland
(D.D.C. Bar # NY0311)
Sarah T. Gillman
(D.D.C. Bar # NY0316)
RAPID DEFENSE NETWORK
11 Broadway, Suite 615
New York, NY 10004-1490
Phone: (212) 843-0910
Facsimilie: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

Lynly S. Egyes (admitted *pro hac vice*)
TRANSGENDER LAW CENTER
PO Box 70976
Oakland, CA 94612-0976
Telephone: (973) 454-6325

Matthew E. Kelley (Bar. No. 1018126)
Leslie E. John (admitted *pro hac vice*)
Elizabeth Weissert (admitted *pro hac vice*)
Alex Levy (admitted *pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW - 12th Floor
Telephone: (202) 661-2200
Facsimile: (202) 661-6299
Email: kelleym@ballardspahr.com
Email: johnl@ballardspahr.com
Email: weisserte@ballardspahr.com
Email: levya@ballardspahr.com

Facsimile: (917) 677-6614
Email:  lynly@transgenderlawcenter.org

*Attorneys for Petitioners*


Michael R. Sherwin
Acting United States Attorney

Daniel F. Van Horn, D.C. Bar No. 924092
Chief, Civil Division

  /s/ Sean M. Tepe
Sean M. Tepe, D.C. Bar No. 1001323
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Telephone:  (202) 252-2533
Sean.Tepe@usdoj.gov

*Attorneys for Respondents*